IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Christy McDaniel | : | Case No.: 1:20-cv-912 |
| Plaintiff, | : | Judge Timothy S. Black |
| v | : | |
| Devicor Medical Products, Inc. | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christy McDaniel hereby dismisses with prejudice her claims filed against Defendant Devicor Medical Products, Inc., in the above-referenced matter. Plaintiff shall bear her own costs and attorneys' fees.

Respectfully submitted,

/s/ Bradley L. Gibson
Bradley L. Gibson (0085196)
**Gibson Law, LLC**
9200 Montgomery Road, Suite 11A
Cincinnati, OH  45242
brad@gibsonemploymentlaw.com
513.834.8254 [T]
513.834.8253 [F]

*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Defendant Devicor Medical Products, Inc., by U.S. Mail and E-mail this 14th day of January 2021 to:

Devicor Medical Products, Inc.
Statutory Agent
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219


Sean Stapleton
sean.stapleton@leicabiosystems.com


    /s/ Bradley L. Gibson
    Bradley L. Gibson (0085196)